UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 08-20355-jrs |
| CORNERSTONE MINISTRIES | ) |
| INVESTMENTS, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) JUDGE SACCA |

## AFFIDAVIT OF SERVICE

Docket No. 1033
PLAN ADMINISTRATOR'S FOURTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING OR ESTIMATING AT ZERO DOLLARS THOSE CLAIMS LISTED IN EXHIBIT "A"

NOTICE OF HEARING ON PLAN ADMINISTRATOR'S FOURTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING OR ESTIMATING AT ZERO DOLLARS THOSE CLAIMS LISTED IN EXHIBIT "A"

NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIMS IDENTIFIED IN EXHIBIT "A" OF DEADLINE FOR FILING RESPONSE AND OF HEARING TO PLAN ADMINISTRATOR'S FOURTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING OR ESTIMATING AT ZERO DOLLARS THOSE CLAIMS LISTED IN EXHIBIT "A"

Docket No. 1034
PLAN ADMINISTRATOR'S THIRTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING CLAIMS LISTED IN EXHIBIT "A"

NOTICE OF HEARING ON PLAN ADMINISTRATOR'S THIRTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING CLAIMS LISTED IN EXHIBIT "A"

NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIMS IDENTIFIED IN EXHIBIT "A" OF DEADLINE FOR FILING RESPONSE AND OF HEARING TO PLAN ADMINISTRATOR'S THIRTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM REQUESTING AN ORDER DISALLOWING CLAIMS LISTED IN EXHIBIT "A"

| | |
|---|---|
| Docket<br>No. 1035 | PLAN ADMINISTRATOR'S OBJECTION TO THE PROOF OF CLAIM OF ZURICH AMERICAN INSURANCE COMPANY REQUESTING AN ORDER DISALLOWING OR ESTIMATING AT ZERO DOLLARS THAT CLAIM LISTED IN EXHIBIT "A" |
| | NOTICE OF HEARING ON PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM OF ZURICH AMERICAN INSURANCE COMPANY REQUESTING AN ORDER DISALLOWING OR ESTIMATING AT ZERO DOLLARS THAT CLAIM LISTED IN EXHIBIT "A" |
| | NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM IDENTIFIED IN EXHIBIT "A" OF DEADLINE FOR FILING RESPONSE AND OF HEARING TO PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM OF ZURICH AMERICAN INSURANCE COMPANY REQUESTING AN ORDER DISALLOWING OR ESTIMATING AT ZERO DOLLARS THAT CLAIM LISTED IN EXHIBIT "A" |

I, Mabel Soto, state as follows:

1.  I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 444 North Nash Street, El Segundo, California 90245.

2.  On January 13, 2011, at the direction of Balch & Bingham LLP, counsel for Ronald L. Glass, copies of the documents listed above were served on the parties as set forth below via the mode of service indicated in the attached exhibits:

///

*page 3 of 13*

| | |
|---|---|
| Exhibit "A" | Those parties who have requested special notice and the Core Group Service List regarding Docket Nos. 1033 through 1035 |
| Exhibit "B" | Affected Parties Service List regarding Docket No. 1033 |
| Exhibit "C" | Affected Parties Service List regarding Docket No. 1034 |
| Exhibit "D" | Affected Party Service List regarding Docket No. 1035 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2011
El Segundo, California

_____
Mabel Soto

State of California        )
                           )
County of Los Angeles      )

On January 19, 2011 before me, Myrtle H. John, a Notary Public, personally appeared Mabel Soto, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MYRTLE H. JOHN
Commission # 1830617
Notary Public - California
Los Angeles County
My Comm. Expires Jan 12, 2013

# EXHIBIT A

# Cornerstone Ministries Investments, Inc.

Total number of parties: 109

### Exhibit A - Cornerstone Ministries Investments, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42080 | C/O R/A JOHN T OTTINGER, (RE: CORNERSTONE DIRECT PUBLIC OFFERINGS), 3391 PEACHTREE RD NE, STE 110, ATLANTA, GA, 30326-1014 | US Mail (1st Class) |
| 42080 | C/O R/A JOHN T OTTINGER, (RE: CORNERSTONE GROUP HOLDINGS INC), 3391 PEACHTREE RD NE, STE 110, ATLANTA, GA, 30326-1014 | US Mail (1st Class) |
| 42080 | C/O R/A JOHN T OTTINGER, (RE: WELLSTONE LLC), 3391 PEACHTREE RD NE, STE 110, ATLANTA, GA, 30326-1014 | US Mail (1st Class) |
| 42080 | C/O R/A ROBERT C COVINGTON, (RE: CHURCH GROWTH FOUNDATION INC), 4447 E JONES BRIDGE RD, NORCROSS, GA, 30092 | US Mail (1st Class) |
| 42080 | C/O R/A ROBERT C COVINGTON, (RE: CORNERSTONE CAPITAL ADVISORS INC), AKA ENABLE BUSINESS SOLUTIONS INC, 5950 CROOKED CREEK RD STE 250, NORCROSS, GA, 30092-2498 | US Mail (1st Class) |
| 42080 | C/O R/A ROBERT C COVINGTON, (RE: WELLSTONE COMMUNITIES LLC), 5950 CROOKED CREEK RD, STE 250, NORCROSS, GA, 30092-2498 | US Mail (1st Class) |
| 42080 | C/O R/A ROBERT C COVINGTON, (RE: FOUNDATION FOR CHRISTIAN COMM DEV), 5950 CROOKED CREEK RD, STE 250, NORCROSS, GA, 30092-2498 | US Mail (1st Class) |
| 42080 | C/O R/A WAIT C MCGILL, (RE: HERON LAKE INVESTMENT PARTNERS LLC), PO BOX 924591, NORCROSS, GA, 30010-4591 | US Mail (1st Class) |
| 42080 | DAVID S PAGE, 1326 N PENINSULA AVE., NEW SMYRNA BEACH, FL, 32169 | US Mail (1st Class) |
| 42080 | DOUGLAS STEWART, 200 MAIN ST, STE 600, GAINESVILLE, GA, 30501 | US Mail (1st Class) |
| 42080 | ELEANOR P LEWIS, 2215 OLD HAMILTON PLACE, AUTUMN BREEZE #107, GAINESVILLE, GA, 30507 | US Mail (1st Class) |
| 42080 | JOHN C ACKERMAN, 1760 OCEAN GROVE DRIVE, ATLANTA BEACH, FL, 32233 | US Mail (1st Class) |
| 42080 | JOHN PENNINGTON, (RE: DONALD & JOAN SIEVENPIPER), PO BOX 275, HELEN, GA, 30545 | US Mail (1st Class) |
| 42080 | MARK L WILHELMI, (RE: CHARLES E MCLEOD), 3527 WHEELER RD STE 401, AUGUSTA, GA, 30909 | US Mail (1st Class) |
| 42080 | R/A WALTER C MCGILL, (RE: MERIDIAN HOUSING LLC), 501 CAMBRIDGE CT, ALPHARETTA, GA, 30005 | US Mail (1st Class) |
| 42080 | ROBERT C COVINGTON, 5950 CROOKED CREEK RD, STE 250, NORCROSS, GA, 30092-2498 | US Mail (1st Class) |
| 42080 | RUBEN D TURNER, 1141 NW 89TH TERR, PEMBROKE PINES, FL, 33024 | US Mail (1st Class) |
| 42080 | THOMAS R DEGREGORIO, 16005 W YUCATAN DR, SURPRISE, AZ, 85379-4824 | US Mail (1st Class) |
| 42080 | THOMAS W KING, 21890 WEST 176TH TERRACE, OLATHE, KS, 66062 | US Mail (1st Class) |
| 42080 | AG EDWARDS, JONATHAN GRIFFITH, PROXY, MAILCODEMO3540, 1 N JEFFERSON, ST. LOUIS, MO, 63103 | US Mail (1st Class) |
| 42080 | ALSTON & BIRD LLP, DENNIS J CONNOLLY, 1201 WEST PEACHTREE ST, ATLANTA, GA, 30309-3424 | US Mail (1st Class) |
| 42080 | ALSTON & BIRD LLP, MATTHEW W LEVIN, 1201 WEST PEACHTREE ST., ATLANTA, GA, 30309-3424 | US Mail (1st Class) |
| 42080 | ALSTON & BIRD LLP, WILLIAM S SUGDEN, 1201 WEST PEACHTREE ST., ATLANTA, GA, 30309-3424 | US Mail (1st Class) |
| 42080 | BALCH & BINGHAM LLP, DAVID J MARMINS, (RE: GLASSRATNER ADVISORY & CAPITAL GRP), 30 IVAN ALLEN JR BLVD NW, STE 700, ATLANTA, GA, 30308 | US Mail (1st Class) |
| 42080 | BALCH & BINGHAM LLP, JEREMY L RETHERFORD, (RE: GLASSRATNER ADVISORY & CAPITAL GRP), 1901 6TH AVE N, STE 1500, BIRMINGHAM, AL, 35203 | US Mail (1st Class) |
| 42080 | BALCH & BINGHAM LLP, WALTER E JONES, (RE: GLASSRATNER ADVISORY & CAPITAL GRP), 30 IVAN ALLEN JR BLVD NW, STE 700, ATLANTA, GA, 30308 | US Mail (1st Class) |
| 42080 | BURR & FORMAN LLP, BRYAN T GLOVER, (RE: REGIONS BANK), 171 SEVENTEENTH ST NW, SUITE 1100, ATLANTA, GA, 30363 | US Mail (1st Class) |
| 42080 | BURR & FORMAN LLP, ERICH N DURLACHER, (RE: REGIONS BANK), 171 SEVENTEENTH ST NW, SUITE 1100, ATLANTA, GA, 30363 | US Mail (1st Class) |
| 42080 | BURR & FORMAN LLP, JOE A JOSEPH, (RE: REGIONS BANK), 420 NORTH TWENTIETH ST, SUITE 3400, BIRMINGHAM, AL, 35203 | US Mail (1st Class) |
| 42080 | C/O WELLSTONE COMMUNITIES LLC, (RE: JOHN LOWERY), 4100 MIDWAY RD, STE 2115, CARROLLTON, TX, 75007-1965 | US Mail (1st Class) |
| 42080 | CEDE & CO., 55 WATER STREET, NEW YORK, NY, 10041 | US Mail (1st Class) |
| 42080 | CHARLES E MCLEOD LIVING TRUST, DATED 2/9/2006, 4664 HADDLESAY DRIVE, EVANS, GA, 30809 | US Mail (1st Class) |
| 42080 | CHIPMAN, MAZZUCCO, LAND & PENNAROLA, FRANCIS G PENNAROLA ESQ, (RE: JOSEPH AND ELIZABETH F LO PRINZI), 30 MAIN ST STE 204, DANBURY, CT, 06810 | US Mail (1st Class) |
| 42080 | CORNERSTONE MINISTRIES INVESTMENTS, JOHN T OTTINGER, JR, CHIEF EXECUTIVE OFFICER, 3391 PEACHTREE RD NE STE 110, ATLANTA, GA, 30326-1014 | US Mail (1st Class) |

## Exhibit A - Cornerstone Ministries Investments, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42080 | DAVID & JUDITH PAGE TRUSTEES, PAGE LIVING TRUST DATED 6/6/96, 1326 N PENINSULA AVE., NEW SMYRNA BEACH, FL, 32169 | US Mail (1st Class) |
| 42080 | DUANE MORRIS LLP, AMY HUSKINS, ATLANTIC CENTER PLAZA, 1180 W PEACHTREE ST NW, STE 700, ATLANTA, GA, 30309-3448 | US Mail (1st Class) |
| 42080 | E R JONES MANAGEMENT, INC., EDWARD R JONES, PRESIDENT, 1382 GARTH ROAD, CHARLOTTESVILLE, VA, 22901 | US Mail (1st Class) |
| 42080 | EVANS LEROY & ISTSHACKETT PLLC, DAVID R EVANS ESQ, (RE: SENIOR HOUSING ALTERNATIVES INC), 920 MCCALLIE AVE, CHATTANOOGA, TN, 37403 | US Mail (1st Class) |
| 42080 | FEDERAL TRADE COMMISSION, BRADLEY ELBEIN, DIRECTOR, SOUTHEAST REGION, 225 PEACHTREE ST, NE, SUITE 1500, ATLANTA, GA, 30303 | US Mail (1st Class) |
| 42080 | FINKEL LAW FIRM, JANET B HAIGLER, (RE: CAROLINA NATIONAL BANK), PO BOX 1799, 1201 MAIN ST, SUITE 1800, COLUMBIA, SC, 29202 | US Mail (1st Class) |
| 42080 | FIRST UNITED BANK AND TRUST, 1700 REDBUD BLVD, SUITE 170, MCKINNEY, TX, 75069 | US Mail (1st Class) |
| 42080 | FLYNN LAW FIRM, JOHN A FLYNN, (RE: CHARLES CLARK & OLETTA CLARK), PO BOX 1344, CABOT, AR, 72023-1344 | US Mail (1st Class) |
| 42080 | GARY M SCOTT REVOCABLE TRUST, GARY M SCOTT, TRUSTEE, DATED 9/11/98, 1191 NW 1100 ROAD, URICH, MO, 64788 | US Mail (1st Class) |
| 42080 | GEORGIA DEPARTMENT OF LABOR, COMMISSIONER, SUSSEX PLACE - ROOM 600, 148 INTERNATIONAL BLVD, N E, ATLANTA, GA, 30303 | US Mail (1st Class) |
| 42080 | GEORGIA DEPARTMENT OF REVENUE, BANKRUPTCY SECTION, P O BOX 161108, ATLANTA, GA, 30321 | US Mail (1st Class) |
| 42080 | GRAHAM & PENMAN LLP, ERIC L JENSEN ESQ, (RE: LINDA CARPENTER), 2989 PIEDMONT RD NE, STE 200, ATLANTA, GA, 30305 | US Mail (1st Class) |
| 42080 | GRAHAM & PENMAN LLP, JASON W GRAHAM ESQ, (RE: LINDA CARPENTER), 2989 PIEDMONT RD NE, STE 200, ATLANTA, GA, 30305 | US Mail (1st Class) |
| 42080 | HAL ROACH JR PC, HAL ROACH JR, 323 S MAIN ST, PO BOX 1105, STATEBORO, GA, 30459 | US Mail (1st Class) |
| 42080 | HUNTON & WILLIAMS LLP, AMY ALCOKE QUACKENBOSS, (RE: SEVIER COUNTY BANK), 600 PEACHTREE ST NE, STE 4100, ATLANTA, GA, 30308 | US Mail (1st Class) |
| 42080 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P O BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 42080 | INTERNAL REVENUE SERVICE, ATTN: DISTRICT DIRECTOR, INSOLVENCY; ROOM 400 - STOP 334D, 401 WEST PEACHTREE ST NW, ATLANTA, GA, 30308 | US Mail (1st Class) |
| 42080 | INZER HANEY & MCWHORTER JR, RD MCWHORTER JR, (RE: FIRST PRESBYTERIAN CHURCH GADSDEN), SPECIAL NEEDS TRUST FUND, POST OFFICE DRAWER 287, GADSDEN, AL, 35902 | US Mail (1st Class) |
| 42080 | INZER HANEY & MCWHORTER PA, R.D. MCWHORTER JR, (RE: ELSIE B KING COLLEGE TRUST FUND), POST OFFICE DRAWER 287, GADSDEN, AL, 35902 | US Mail (1st Class) |
| 42080 | KATHY WOODY -553-11042-1-3, 6632 WINDVANE POINT, CLERMONT, GA, 30527 | US Mail (1st Class) |
| 42080 | KING & SPALDING LLP, JOHN ISBELL ESQ, 1180 PEACHTREE ST NE, ATLANTA, GA, 30309 | US Mail (1st Class) |
| 42080 | L THOMAS PRIDEMORE, LEIGH B PRIDEMORE, 3935 POPLAR SPRINGS ROAD, GAINESVILLE, GA, 30507 | US Mail (1st Class) |
| 42080 | LACY E HOLLY III, ESQ, LACY E HOLLY III, (RE: RICHARD WASHER), 603 MAIN ST., PO BOX 700, ODESSA, DE, 19730 | US Mail (1st Class) |
| 42080 | LAW OFFICE OF MICHAEL A COOK LLC, MICHAEL A. COOK, (RE: MERIDIAN HOUSING LLC), 325 NORTH MILLEDGE AVENUE, ATHENS, GA, 30601 | US Mail (1st Class) |
| 42080 | LEVINE BLOCK & STRICKLAND LLP, STEPHEN H BLOCK, (RE: FIRST FEDERAL BANK), 780 JOHNSON FERRY RD, N E, SUITE 240, ATLANTA, GA, 30342-1434 | US Mail (1st Class) |
| 42080 | LINDEN PRESBYTERIAN CHURCH, RAYMOND A BURGE, SR, PO BOX 480129, LINDEN, AL, 36748 | US Mail (1st Class) |
| 42080 | MASON MEMORIAL CHURCH, BISHOP WILLIAMS, C/O BRUCE C SAMS ESQ, 744 GOFF ST, NORFOLK, VA, 23504 | US Mail (1st Class) |
| 42080 | MCKENNA LONG & ALDRIDGE LLP, DAVID L BALSER ESQ, (RE: MILLER & MARTIN PLLC), 300 PEACHTREE ST, STE 5300, ATLANTA, GA, 30308 | US Mail (1st Class) |
| 42080 | MCKENNA LONG & ALDRIDGE LLP, GARY W MARSH ESQ, (RE: MILLER & MARTIN PLLC), 300 PEACHTREE ST, STE 5300, ATLANTA, GA, 30308 | US Mail (1st Class) |
| 42080 | MCKENNA LONG & ALDRIDGE LLP, LAWRENCE SLOVENSKY ESQ, (RE: MILLER & MARTIN PLLC), 300 PEACHTREE ST, STE 5300, ATLANTA, GA, 30308 | US Mail (1st Class) |
| 42080 | MCKENNA LONG & ALDRIDGE LLP, SAMANTHA M REIN ESQ, (RE: MILLER & MARTIN PLLC), 300 PEACHTREE ST, STE 5300, ATLANTA, GA, 30308 | US Mail (1st Class) |
| 42080 | MERRICK BAKER & STRAUSS PC, BRUCE E STRAUSS, (RE: GARY M SCOTT REVOCABLE TRUST), 1044 MAIN ST STE 400, KANSAS CITY, MO, 64105 | US Mail (1st Class) |
| 42080 | MITCHELL MCNUTT & SAMS PA, ROSAMOND HAWKINS POSEY ESQ, (RE: AUGUST B AND NOELENE F KUIPER), POST OFFICE BOX 947, 1216 VAN BUREN, OXFORD, MS, 38655-0947 | US Mail (1st Class) |

## Exhibit A - Cornerstone Ministries Investments, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42080 | MORRIS MANNING & MARTIN LLP, FRANK W DEBORDE ESQ, (RE: BERNARD GLOBAL LOAN INVESTORS LTD), 1600 ATLANTA FINANCIAL CENTER, 3343 PEACHTREE RD NE, ATLANTA, GA, 30326 | US Mail (1st Class) |
| 42080 | MORRIS MANNING & MARTIN LLP, STEPHANIE H PHILIPS ESQ, (RE: BERNARD GLOBAL LOAN INVESTORS LTD), 1600 ATLANTA FINANCIAL CENTER, 3343 PEACHTREE RD NE, ATLANTA, GA, 30326 | US Mail (1st Class) |
| 42080 | NEXSEN PRUET LLC, SUZANNE TAYLOR GRAHAM GRIGG, (RE: E.FRENCH/MULLINS PRES. CHURCH), 1230 MAIN ST, SUITE 700 (29201), PO BOX DRAWER 2426, COLUMBIA, SC, 29202 | US Mail (1st Class) |
| 42080 | OFFICE OF THE UNITED STATES TRUSTEE, JAMES H MORAWETZ, 362 RICHARD RUSSELL BUILDING, 75 SPRINGS STREET, SW, ATLANTA, GA, 30303 | US Mail (1st Class) |
| 42080 | RAGSDALE BEALS SEIGLER ET AL, W RUSSELL PATTERSON JR, 2400 INTL TOWER PEACHTREE CTR, 229 PEACHTREE ST NE, ATLANTA, GA, 30303-1629 | US Mail (1st Class) |
| 42080 | ROBERT F JACKSON TRUST, 333 WOODSTONE DR, MARIETTA, GA, 30068 | US Mail (1st Class) |
| 42080 | ROBERT F SILVA, 211 WILLOW VALLEY SQUARE, APT B322, LANCASTER, PA, 17602 | US Mail (1st Class) |
| 42080 | ROBERT F SILVA - #8165-7517, 2808 FALCON RIDGE, CLEARMONT, FL, 34711 | US Mail (1st Class) |
| 42080 | SAGE LIVING CENTERS INC, EDWARD MOORE, PO BOX 450093, GARLAND, TX, 75045-0093 | US Mail (1st Class) |
| 42080 | SASSER LAW FIRM, JOEL CONNALLY, ESQ., (RE: GORDY-MEAD-BRITTON FOUNDATION), 100 COLONIAL BANK BL STE B201 36117, PO BOX 242127, MONTGOMERY, AL, 36124-2127 | US Mail (1st Class) |
| 42080 | SCHREEDER, WHEELER & FLINT LLP, JOHN A CHRISTY ESQ, (RE: ALLIANT CAPTIAL LTD), 1100 PEACHTREE STREET NE, SUITE 800, ATLANTA, GA, 30309 | US Mail (1st Class) |
| 42080 | SCROGGINS & WILLIAMSON, J T SANDERS IV / J R WILLIAMSON, 1500 CANDLER BUILDING, 127 PEACHTREE ST, NE, ATLANTA, GA, 30303 | US Mail (1st Class) |
| 42080 | SECURITIES AND EXCHANGE COMMISSION, ATLANTA REGIONAL OFFICE, 3475 LENOX ROAD, N E , SUITE 1000, ATLANTA, GA, 30326-1232 | US Mail (1st Class) |
| 42080 | SECURITIES AND EXCHANGE COMMISSION, SEC HEADQUARTERS, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 42080 | STRICKLAND CHESNUTT & LINDSAY LLP, MICHAEL A COOK ESQ, 650 OGLETHORPE AVE, STE 1, ATHENS, GA, 30606 | US Mail (1st Class) |
| 42080 | THE HUDDLESTON LAW FIRM, PAT HUDDLESTON, 1300 RIDENOUR BLVD, STE 200, KENNESAW, GA, 30152 | US Mail (1st Class) |
| 42080 | TRINITY TRUST COMPANY, MARVIN D HOEFLINGER, PRESIDENT, 8600 TECHNOLOGY WAY, STE 117, RENO, NV, 89521 | US Mail (1st Class) |
| 42080 | U S DEPARTMENT OF LABOR, SECRETARY OF LABOR, FRANCES PERKINS BUILDING, 200 CONSTITUTION AVE., NW, WASHINGTON, DC, 20210 | US Mail (1st Class) |
| 42080 | UNITED STATES ATTORNEY GENERAL, 950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC, 20530 | US Mail (1st Class) |
| 42080 | US ATTORNEY, CIVIL PROCESS CLERK, 1800 RICHARD B RUSSELL BUILDING, 75 SPRING STREET, S W, ATLANTA, GA, 30303 | US Mail (1st Class) |
| 42080 | WILLIAM BEHM & ROBERTA J BEHM, 1585 WEST PERIWINKLE PLACE, ORO VALLEY, AZ, 85737 | US Mail (1st Class) |
| 42080 | WOMBLE CARLYLE SANDRIDGE & RICE, JOHN A THOMSON JR ESQ, (RE: JOHN T OTTINGER JR), ONE ATLANTIC CENTER, 1201 WEST PEACHTREE ST, STE 3500, ATLANTA, GA, 30309 | US Mail (1st Class) |
| 42080 | WOMBLE CARLYLE SANDRIDGE & RICE, JOHN A THOMSON JR ESQ, (RE: ROBERT C COVINGTON), ONE ATLANTIC CENTER, 1201 WEST PEACHTREE ST, STE 3500, ATLANTA, GA, 30309 | US Mail (1st Class) |
| 42080 | WRIGHT GINSBERG BRUSILOW PC, C ASHLEY ELLIS, 600 SIGNATURE PL, 14755 PRESTON RD, DALLAS, TX, 75254 | US Mail (1st Class) |
| 42080 | WRIGHT GINSBERG BRUSILOW PC, FRANK J WRIGHT, 600 SIGNATURE PL, 14755 PRESTON RD, DALLAS, TX, 75254 | US Mail (1st Class) |
| 42080 | WRIGHT GINSBERG BRUSILOW PC, PAUL B GEILICH, 600 SIGNATURE PL, 14755 PRESTON RD, DALLAS, TX, 75254 | US Mail (1st Class) |

**Subtotal for this group: 93**

**EXHIBIT B**

## Exhibit B - Cornerstone Ministries Investments, Inc.

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42082 | BYRD, BARBARA, 125 OCEE VIEW CT, ALPHARETTA, GA, 30022 | US Mail (1st Class) |
| 42082 | COX, MIKE, CORNERSTONE MINISTRIES INVESTMENTS INC, 3391 PEACHTREE RD NE STE 110, ATLANTA, GA, 30326-1014 | US Mail (1st Class) |
| 42082 | DARDEN, HENRY, CORNERSTONE MINISTRIES INVEST, 3391 PEACHTREE RD NE STE 110, ATLANTA, GA, 30326-1014 | US Mail (1st Class) |
| 42082 | FOX, TED, CORNERSTONE MINISTRIES INVESTMENTS INC, 3391 PEACHTREE RD NE STE 110, ATLANTA, GA, 30326-1014 | US Mail (1st Class) |
| 42082 | MOORE, ED, CORNERSTONE MINISTRIES INVEST, 3391 PEACHTREE RD NE, STE 110, ATLANTA, GA, 30326-1014 | US Mail (1st Class) |
| 42082 | NIX, JOHN, 3160 GOLF CLUB DRIVE NW, GAINESVILLE, GA, 30501 | US Mail (1st Class) |
| 42082 | NIX, JOHN, 2450 ATLANTA HWY, STE 904, CUMMING, GA, 30040 | US Mail (1st Class) |
| 42082 | TREMATORE, GLEN, CORNERSTONE MINISTRIES INVESTMENTS INC, 3391 PEACHTREE RD NE STE 110, ATLANTA, GA, 30326-1014 | US Mail (1st Class) |
| 42082 | WICKER, IRVING, 132 ESWICK DRIVE, PRATTVILLE, AL, 36067 | US Mail (1st Class) |
| 42082 | WICKER, IRVING, 2450 ATLANTA HWY, STE 904, CUMMING, GA, 30040 | US Mail (1st Class) |

**Subtotal for this group: 10**

# EXHIBIT C

**Exhibit C - Cornerstone Ministries Investments, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42081 | DREW & GWENDOLYN FIELD, 25263 FLANDERS DRIVE, CARMEL, CA, 93923 | US Mail (1st Class) |
| 42081 | FAITH BAPTIST CHURCH, PO BOX 5385, GAINESVILLE, GA, 30501 | US Mail (1st Class) |
| 42081 | JOHN STEVENS, 3367 MEADOW RDG, REDDING, CT, 06896-3229 | US Mail (1st Class) |
| 42081 | RONALD D MILLER, RAYE G MILLER JTWROS, 2078 SUGAR PIKE RD, WOODSTOCK, GA, 30188 | US Mail (1st Class) |
| 42081 | TEDDY W AVEN, C/O PENSION RESOURCES CORP, PO BOX 99, WESTHOFF, TX, 77994 | US Mail (1st Class) |

**Subtotal for this group: 5**

# EXHIBIT D

**Exhibit D - Cornerstone Ministries Investments, Inc.**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 42083 | ZURICH AMERICAN INSURANCE COMP & ITS AF, ATTN MARLA GATTA, 1400 AMERICAN LN, 9TH FL TOWER 2, SCHAUMBURG, IL, 60196 | US Mail (1st Class) |

**Subtotal for this group: 1**